UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERESA ROACH,

    Plaintiff,                                      Case No. 12-12876

v.

                                              Hon. John Corbett O'Meara

COMMISSIONER OF                      Hon. Charles E. Binder
SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

        Before the court is Magistrate Judge Charles E. Binder's May 30, 2013 report and recommendation. Plaintiff's objection to the report and recommendation was filed July 29, 2013. On August 6, 2013 Defendant filed a response to Plaintiff's objection.

        This court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." Id.

        Having thoroughly reviewed the entire record, the court finds that Magistrate Judge Binder reached the correct conclusions. Accordingly, the court will overrule Plaintiff's objection.

        IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

                                                          s/John Corbett O'Meara
                                                          United States District Judge

Date: August 19, 2013

      I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, August 19, 2013, using the ECF system.

                                                  s/William Barkholz  
                                                  Case Manager